IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02550-BNB

JESSE ROSS REED,

    Petitioner,

v.

[NO NAMED RESPONDENT],

    Respondent.

ORDER OF DISMISSAL

    Petitioner, Jesse Ross Reed, is detained by the Sheriff of San Miguel County, Colorado. He initiated this action by filing, *pro se*, a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (ECF No. 1). In the Petition, Mr. Reed challenges the legality of his arrest and detention pending a state court trial. Petitioner has paid the $5.00 filing fee.

    A challenge to pre-trial detention is cognizable in an application for habeas corpus relief pursuant to 28 U.S.C. § 2241. *See Yellowbear v. Wyo. Att'y Gen.*, 525 F.3d 921, 924 (10th Cir. 2008); *Walck v. Edmondson*, 472 F.3d 1227, 1235 (10th Cir. 2007).

    On September 16, 2014, Magistrate Judge Boyd N. Boland reviewed the Petition and determined that it was deficient. Magistrate Judge Boland directed Mr. Reed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form. (ECF No. 3). Petitioner was warned in the September 16 Order that failure to cure the deficiency would result in dismissal of this action without further notice.

Mr. Reed has failed to comply with the September 16 Order. Moreover, he has not communicated with the Court since he initiated this action. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Petitioner, Jesse Ross Reed, to comply with the September 16, 2014 Order Directing Petitioner to Cure Deficiencies. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Reed has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Reed files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED October 23, 2014, at Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court